In the matter of the appeal of MAUDE BELL and the TRUST COMPANY OF NEW JERSEY, assignee of John T. Minugh, from the decree of the New Jersey prerogative court, affirming the decree of distribution of the Bergen county orphans court in the matter of the estate of Isabella S. Johnson, deceased.

[Decided January 31st, 1927.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Lewis, whose opinion is reported in *99 N. J. Eq. 835.*

*Mr. Robert Carey* and *Messrs. Fisk & Fisk,* for the appellant.

*Messrs. Runyon & Johnson,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Lewis.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.